FILED'10 MAY 17 8:04USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

HAO XENG VANG,

                Plaintiff,

v.

CITY OF BEAVERTON,
JASON BUELT,

                Defendant.

Case No. 09-CV-928-BR

ORDER OF DISMISSAL

The Court having been informed by counsel for the parties that this action has been settled, IT IS ORDERED that, pursuant to LR 41-1, this action is dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are denied as moot. All pretrial deadlines and any trial date are stricken.

Dated: May 14, 2010

                MARY L. MORAN, Clerk of Court

                by _Bonnie Boyer_____
                    Bonnie Boyer, Deputy Clerk

cc: Counsel

ORDER OF DISMISSAL